UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00422

**Brenda Bamburg,**
*Plaintiff,*

v.

**Smith County,**
*Defendant.*

### ORDER

Plaintiff brought this action under 42 U.S.C. § 1983. Doc. 8 at 3. Defendant moved to dismiss the complaint for failure to state a claim. Doc. 10 at 3. The case was referred to a magistrate judge, who issued a report recommending that the court grant defendant's motion to dismiss, dismiss plaintiff's case with prejudice for failure to state a claim, and deny defendant's request for attorney's fees. Doc. 24 at 9. Neither party filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's case is dismissed with prejudice, and defendant's request for attorney's fees is denied. Any pending motions are denied as moot.

*So ordered by the court on February 4, 2026.*

J. CAMPBELL BARKER
United States District Judge